# United States Bankruptcy Court
### District of New Jersey

In re   **7 Mile Brewery, LLC**                                    Case No.
                                    Debtor(s)                      Chapter   **7**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **7 Mile Brewery, LLC** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

| | |
|---|---|
| **February 22, 2024** | **/s/ Douglas G. Leney** |
| Date | **Douglas G. Leney** |
| | Signature of Attorney or Litigant |
| | Counsel for   **7 Mile Brewery, LLC** |
| | **Archer & Greiner, P.C.** |
| | **1025 Laurel Oak Road** |
| | **Voorhees, NJ 08043** |
| | **215-246-3151 Fax:215-963-9999** |
| | **dleney@archerlaw.com** |